**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
:
   Shaunice Nicole Adams,        :    Chapter 13
:    Bankruptcy No. 17-11604 REF
            Debtor(s)        :

**CERTIFICATION OF NO OBJECTION**

AND NOW, this 1st day of December, 2017, David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice of Filing of Application for Approval of Compensation for Counsel for Debtors.

                                                              s/ David S. Gellert
                                                              David S. Gellert, Esquire
                                                              David S. Gellert, P.C.
                                                              1244 Hamilton Street, Suite 204
                                                              Allentown, PA 18102
                                                              610-776-7070  Fax: 610-776-7072