**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| **Shaunice Nicole Adams,** | **:** | **Chapter 13** |
| | **:** | **Bankruptcy No. 17-11604 REF** |
| **Debtor(s)** | **:** | |

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtor, it is hereby

ORDERED that David S. Gellert, P.C., counsel for Debtor, receive compensation in the amount of $3,550.00 and reimbursement of expenses in the amount of $360.84 for total compensation in the amount of $3,910.84; $1,310.00 of which has been paid.

**Date: December 4, 2017**

BY THE COURT:

_R NME _____

B.J.