United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shaunice Nicole Adams  
       Debtor

Case No. 17-11604-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 1    Date Rcvd: Dec 04, 2017  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.  
db          +Shaunice Nicole Adams,    3 Stonecreek Court,    Easton, PA 18045-7469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2017 at the address(es) listed below:  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION  
        bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       DAVID S. GELLERT    on behalf of Debtor Shaunice Nicole Adams dsgatn@rcn.com,  
        r46641@notify.bestcase.com  
       EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman  
        2016 SC6 Title Trust bk@rgalegal.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
        ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                         TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Shaunice Nicole Adams,                :        Chapter 13
                                           :        Bankruptcy No. 17-11604 REF
    Debtor(s)                              :

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses filed by David S. Gellert, Esquire, of David S. Gellert, P.C., counsel for Debtor, it is hereby

ORDERED that David S. Gellert, P.C., counsel for Debtor, receive compensation in the amount of $3,550.00 and reimbursement of expenses in the amount of $360.84 for total compensation in the amount of $3,910.84; $1,310.00 of which has been paid.

BY THE COURT:

**Date: December 4, 2017**

_____

B.J.