*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shaunice Nicole Adams
    Debtor(s)

Case No: 17–11604–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor US Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust

on: 3/12/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  2/7/20

Timothy B. McGrath
Clerk of Court

44 – 43
Form 167