United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11604-elf
Shaunice Nicole Adams                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: ChrissyW        Page 1 of 1        Date Rcvd: Feb 07, 2020
                            Form ID: 167          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.
```
db            +Shaunice Nicole Adams,    3 Stonecreek Court,    Easton, PA 18045-7469
13878930      +Chase Home Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
14012026      +David S. Gellert, Esquire,    1244 Hamilton Street,    Suite 204,    Allentown, PA 18102-4699
13901154      +JP Morgan Chase Bank, NA,    c/o Brian C. Nichlas, Esq.,     KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13903917       JPMorgan Chase Bank, NA. National Bankruptcy Dept.,    PO BOX 29505 AZ 1-1191,
                Phoenix, AZ 85038-9505
13892333      +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13969624      +US Bank, NA as Legal Title Trustee for,    Truman 2016 SC6 Title Trust,
                c/o Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13878929       E-mail/Text: REPO@CARVANT.COM Feb 08 2020 03:04:38     Carvant Financial,
                6901 Jericho Turnpike,    Suite 218,    Syosset, NY 11791
13878928       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 08 2020 03:07:43     Capital One,
                P.O. Box 30285,    Salt Lake City, UT 84130-0285
13878931       E-mail/Text: mrdiscen@discover.com Feb 08 2020 03:04:42     Discover Card,   P.O. Box 30943,
                Salt Lake City, UT 84130
13897888       E-mail/Text: mrdiscen@discover.com Feb 08 2020 03:04:42     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13971350       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2020 03:07:16
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13936289      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 08 2020 03:40:18      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6
```

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              DAVID S. GELLERT    on behalf of Debtor Shaunice Nicole Adams dsgatn@rcn.com,
               r46641@notify.bestcase.com
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2016 SC6 Title Trust bk@rgalegal.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shaunice Nicole Adams
    Debtor(s)

Case No: 17–11604–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor US Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust

    on: 3/12/20

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/7/20

Timothy B. McGrath
Clerk of Court