```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                        Case No. 17-11604-pmm
Shaunice Nicole Adams                                         Chapter 13
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: ChrissyW              Page 1 of 1           Date Rcvd: Apr 01, 2020
                              Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db              +Shaunice Nicole Adams,    3 Stonecreek Court,    Easton, PA 18045-7469

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID S. GELLERT    on behalf of Debtor Shaunice Nicole Adams dsgatn@rcn.com,
               r46641@notify.bestcase.com
              EMMANUEL J. ARGENTIERI    on behalf of Creditor    US Bank, NA as Legal Title Trustee for Truman
               2016 SC6 Title Trust bk@rgalegal.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| SHAUNICE NICOLE ADAMS AKA SHAUNICE N. ADAMS-ROWLETTE AKA SHAUNICE N. ADAMS xxx-xx-1275 | : |
| Debtor. | :CHAPTER 13 |
| U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust | :Case Number: 17-11604/PMM |
| Movant, v. SHAUNICE NICOLE ADAMS AKA SHAUNICE N ADAMS-ROWLETTE AKA SHAUNICE N. ADAMS | : |
| Debtor, And | :Hearing Date: March 12, 2020 |
| SCOTT WATERMAN | : |
| Trustee, | : |
| Respondents. | : |

**STIPULATION RESOLVING CERTIFICATION OF DEFAULT BYUS BANK, NA, AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT MOVANT TO EXERCISE ITS RIGHTS UNDER STATE LAW AGAINST CERTAIN REALTY KNOWN AS 3 STONECREEK CT., EASTON, PENNSYLVANIA 18045**

THIS matter being opened to the Court by secured creditor, US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust, (hereinafter "US Bank"), by and through its counsel Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, upon the filing of a

certification of default requesting relief from stay as to real property, more commonly known as 3 STONECREEK CT., EASTON, PENNSYLVANIA 18045; and David Gellert, Esquire having filed an objection thereto on behalf of Debtor; and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. If any valid proofs of payment are produced by the Debtor that have not yet been credited, her post-petition mortgage account shall be adjusted accordingly.

2. Debtor recently brought her post-petition mortgage account current through February 1, 2020.

3. Debtor shall tender the sum of $500.00 directly to US Bank on or before the close of business for June 24, 2020 for reimbursement of attorney fees and costs in having to serve the notice of default; and filing and serving of the certification of default. The payment should be forwarded to: c/o Rushmore Loan Management Services PO Box 52708, Irvine, CA 92619.

4. Commencing with the March 1, 2020 post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to US Bank as same come due.

5. The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

6. If the case is converted to a Chapter 7 case, US Bank shall file a Certification of Default with the Court and the Court shall enter an Order granting it relief from the automatic stay.

7. If any of the aforementioned stipulation payments and/or regular monthly mortgage payments commencing after the cure of the post-petition delinquency are more than

thirty (30) days late, US Bank may send Debtor a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel for US Bank may file a Certification of Default with the Court and the Court shall enter an Order granting it relief from the automatic stay as to the mortgaged property herein.

*The undersigned hereby consent to the form and entry of the within order.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire
Attorney for Secured Creditor, US Bank         Date: 3/17/2020

/S/DAVID S. GELLERT
David S. Gellert, Esquire
Attorney for Debtor, Shaunice Nicole Adams      Date:  3/23/2020

AND NOW, this __1st__ day of __April__, 2020 it is hereby ORDERED that the foregoing Stipulation is approved.

_/s/ Patricia M. Mayer_
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge
Eastern District of
Pennsylvania

*(Page 3 of 3)*