| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-11604-PMM**

SHAUNICE NICOLE ADAMS
3 STONECREEK COURT
EASTON  PA    18045

Petition Filed Date: 03/07/2017
341 Hearing Date: 05/23/2017
Confirmation Date: 11/09/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $786.00 | | 02/05/2019 | $786.00 | | 03/04/2019 | $786.00 | |
| 04/01/2019 | $786.00 | | 05/02/2019 | $786.00 | | 06/03/2019 | $786.00 | |
| 07/08/2019 | $786.00 | | 08/02/2019 | $786.00 | | 09/03/2019 | $786.00 | |
| 10/02/2019 | $786.00 | 5377046000 | 11/04/2019 | $786.00 | 5377047000 | 12/05/2019 | $786.00 | 6385111000 |
| 01/06/2020 | $786.00 | 6454333000 | 02/24/2020 | $786.00 | 6582723000 | 03/09/2020 | $786.00 | 6582735000 |
| 04/07/2020 | $786.00 | 6696324000 | 05/07/2020 | $786.00 | 6696325000 | 06/11/2020 | $786.00 | 6696326000 |
| 07/06/2020 | $786.00 | 6696327000 | 08/07/2020 | $786.00 | 6696328000 | | | |

**Total Receipts for the Period: $15,720.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,510.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 003 | Unsecured Creditors | $92.26 | $0.00 | $92.26 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,429.17 | $0.00 | $1,429.17 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,871.99 | $0.00 | $2,871.99 |
| 4 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 004 | Mortgage Arrears | $34,198.08 | $23,827.84 | $10,370.24 |
| 1 | SANTANDER CONSUMER USA<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DAVID S GELLERT ESQ<br>»» 009 | Attorney Fees | $2,600.84 | $2,600.84 | $0.00 |

**Chapter 13 Case No. 17-11604-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

|  |  |  |  |
|---|---|---|---|
| Total Receipts: | $30,510.00 | Current Monthly Payment: | $786.00 |
| Paid to Claims: | $26,428.68 | Arrearages: | $786.00 |
| Paid to Trustee: | $2,666.52 | Total Plan Base: | $46,230.00 |
| Funds on Hand: | $1,414.80 |  |  |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.