United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shaunice Nicole Adams  
    Debtor(s)

Case No. 17-11604-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Adminstra      Page 1 of 2  
Date Rcvd: Dec 14, 2020      Form ID: 167      Total Noticed: 13

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaunice Nicole Adams, 3 Stonecreek Court, Easton, PA 18045-7469 |
| 14012026 | + | David S. Gellert, Esquire, 1244 Hamilton Street, Suite 204, Allentown, PA 18102-4699 |
| 13901154 | + | JP Morgan Chase Bank, NA, c/o Brian C. Nichlas, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13903917 | | JPMorgan Chase Bank, NA. National Bankruptcy Dept., PO BOX 29505 AZ 1-1191, Phoenix, AZ 85038-9505 |
| 13892333 | + | Santander Consumer USA, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 13969624 | + | US Bank, NA as Legal Title Trustee for, Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 13878929 | Email/Text: REPO@CARVANT.COM | Dec 15 2020 03:44:00 | Carvant Financial, 6901 Jericho Turnpike, Suite 218, Syosset, NY 11791 |
| 13878928 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 15 2020 04:07:25 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13878931 | Email/Text: mrdiscen@discover.com | Dec 15 2020 03:44:00 | Discover Card, P.O. Box 30943, Salt Lake City, UT 84130 |
| 13897888 | Email/Text: mrdiscen@discover.com | Dec 15 2020 03:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13878930 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 15 2020 04:11:03 | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 13971350 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 15 2020 04:11:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13936289 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 15 2020 04:11:12 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: 167 | Total Noticed: 13 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:**

**Name**          **Email Address**

BRIAN CRAIG NICHOLAS
          on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID S. GELLERT
          on behalf of Debtor Shaunice Nicole Adams dsgatn@rcn.com  r46641@notify.bestcase.com

EMMANUEL J. ARGENTIERI
          on behalf of Creditor US Bank  NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com

LISA MARIE CIOTTI
          on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

SCOTT F. WATERMAN (Chapter 13)
          ECFMail@ReadingCh13.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shaunice Nicole Adams
    Debtor(s)

Case No: 17−11604−pmm
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor US Bank, NA as Legal Title Trustee for Truman 2016 SC6 Title Trust.

on: 1/14/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  12/14/20

Timothy B. McGrath
Clerk of Court

53 − 52
Form 167