# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Shaunice Nicole Adams, | : | Case No.  17-11604 - PMM |
| | : | |
| Debtor. | : | |

## O R D E R

**AND NOW**, upon consideration of U.S. Bank's Certification of Default regarding the April 1, 2020 Order Approving Stipulation ("the Certification") (Doc. #51) and the Debtor's Objection (Doc. #52);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **February 15, 2021,** the parties shall either file the Stipulation or a notice relisting the Certification for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Certification without further notice or hearing.

**Date:  January 14, 2021**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**