Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 17-11604-PMM

SHAUNICE NICOLE ADAMS  
3 STONECREEK COURT  
EASTON  PA    18045

Petition Filed Date: 03/07/2017  
341 Hearing Date: 05/23/2017  
Confirmation Date: 11/09/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $786.00 | 6454333000 | 02/24/2020 | $786.00 | 6582723000 | 03/09/2020 | $786.00 | 6582735000 |
| 04/07/2020 | $786.00 | 6696324000 | 05/07/2020 | $786.00 | 6696325000 | 06/11/2020 | $786.00 | 6696326000 |
| 07/06/2020 | $786.00 | 6696327000 | 08/07/2020 | $786.00 | 6696328000 | 09/08/2020 | $786.00 | 6696329000 |
| 10/07/2020 | $786.00 | 6696330000 | 11/09/2020 | $786.00 | 6696331000 | 12/07/2020 | $786.00 | 6696332000 |
| 01/07/2021 | $786.00 | 6696333000 | 02/09/2021 | $786.00 | 6696334000 | 03/08/2021 | $786.00 | 6696335000 |
| 05/14/2021 | $3,144.00 | 7671309000 | 06/07/2021 | $786.00 | 7682226000 | | | |

**Total Receipts for the Period: $15,720.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $39,942.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  003 | Unsecured Creditors | $92.26 | $0.00 | $92.26 |
| 2 | DISCOVER BANK<br>»»  002 | Unsecured Creditors | $1,429.17 | $0.00 | $1,429.17 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $2,871.99 | $0.00 | $2,871.99 |
| 4 | RUSHMORE LOAN MGMT SVCS LLC<br>»»  004 | Mortgage Arrears | $34,198.08 | $30,335.92 | $3,862.16 |
| 1 | SANTANDER CONSUMER USA<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | DAVID S GELLERT ESQ<br>»»  009 | Attorney Fees | $2,600.84 | $2,600.84 | $0.00 |

**Chapter 13 Case No. 17-11604-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,942.00 | Current Monthly Payment: | $786.00 |
| Paid to Claims: | $32,936.76 | Arrearages: | ($786.00) |
| Paid to Trustee: | $3,468.24 | Total Plan Base: | $46,230.00 |
| Funds on Hand: | $3,537.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.