# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    SHAUNICE NICOLE ADAMS<br><br>**Debtor** | Chapter 13<br><br>Case No.17-11604-PMM |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Scott F. Waterman, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) have completed all Trustee payments under the confirmed Chapter 13 plan.

**Office of the Chapter 13 Trustee**

Date: March 22, 2022        By:   */s/ Scott F. Waterman*

Scott F. Waterman, Esquire, Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606
(610)779-1313 (Phone)
(610)779-3637 fax